TESTING
TESTING
TESTING